IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DIANE R. PRIGGE,<br><br>            Plaintiff,<br><br>    v.<br><br>WOODS CROSS POLICE DEPARTMENT, et al.,<br><br>            Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-00140-JNP-BCW<br><br>Judge Jill N. Parrish |

On May 26, 2016, the defendants filed a motion to dismiss. (Docket 19). Ms. Prigge did not file a response.

On July 14, 2016, Judge Wells filed a Report & Recommendation. (Docket 21). Judge Wells recommended that this case be dismissed because Ms. Prigge failed to file a response to the motion to dismiss and because of defects in the operative complaint. Judge Well's Report and Recommendation provided that any objection to her recommendation was to be filed within fourteen days of service. The time to respond has now expired and the court has received no objections.

Based on the court's de novo review of the record, the relevant legal authorities, and the Report and Recommendation, the court concludes that Judge Wells correctly determined that this case should be dismissed with prejudice.  Accordingly, the court ORDERS as follows:

1. The Recommendation (Docket 21) is ADOPTED.
2. The case is DISMISSED.
3. The Clerk of Court is directed to close the case.

SO ORDERED this 26th day of August, 2016.

                              BY THE COURT:

                              _____

                              JILL N. PARRISH
                              United States District Judge