IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DIANE R. PRIGGE,<br><br>     Plaintiff,<br><br> v.<br><br>WOODS CROSS POLICE DEPARTMENT, et al.,<br><br>     Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-00140-JNP-BCW<br><br>Judge Jill N. Parrish |

  On May 26, 2016, the defendants filed a motion to dismiss. (Docket 19). Ms. Prigge did not file a response.

  On July 14, 2016, Judge Wells filed a Report and Recommendation. (Docket 21). Judge Wells recommended that this case be dismissed because Ms. Prigge failed to file a response to the motion to dismiss and because of defects in the operative complaint. On September 16, 2016, Ms. Prigge filed an objection to the Report and Recommendation.

  Based on the court's de novo review of the record, the relevant legal authorities, the Report and Recommendation, and Ms. Prigge's objection, the court concludes that Judge Wells correctly determined that this case should be dismissed with prejudice. Accordingly, the court ORDERS as follows:

  1. The Recommendation (Docket 21) is ADOPTED.

  2. The case is DISMISSED.

  3. The Clerk of Court is directed to close the case.

  SO ORDERED this 4th day of October, 2016.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge